FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 23, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SPENCER LINDEN and ANGELA LINDEN, husband and wife; HUGO "JON" REYES and TAMMY REYES, husband and wife; and TYLER CHRISTENSEN and TIFFANY CHRISTENSEN, husband and wife,<br>    Plaintiffs,<br>    v.<br>KENNETH LOWMAN, a single person, BOOBEY VINEYARDS, LLC, a Nevada limited liability company; and SHEKEN, LLC, a Nevada limited liability company,<br>    Defendants. | No. 4:19-CV-05050-SAB<br><br>**ORDER DISMISSING ACTION; CLOSING FILE** |

    Before the Court is the parties' Stipulation of Dismissal, ECF No. 28. The parties indicate they have entered an enforceable settlement agreement and ask that all claims and counterclaims be dismissed with prejudice with the parties bearing their own attorneys' fees and costs.

//

**ORDER DISMISSING ACTION; CLOSING FILE ~ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. All claims and counterclaims asserted in the above-captioned case are **dismissed** with prejudice. Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to counsel and **close** the file.

**DATED** this 23rd day of April 2020.



_____
Stanley A. Bastian
United States District Judge

**ORDER DISMISSING ACTION; CLOSING FILE ~ 2**